IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

LeBryson Mays,                          )
                                        )
                    Plaintiff,          )
                                        )
vs.                                     )          Civil Action No.: 0:10-cv-2490-TLW-PJG
                                        )
Aubrey Rennick,                         )
                                        )
                    Defendant.          )
_____ )

# ORDER

On September 1, 2010, the plaintiff, LeBryson Mays ("plaintiff"), proceeding pro se, filed

a civil action, naming Bernadette Jefferson and Aubrey Rennick as defendants.  (Civil Action No.:

0:10-cv-2284-TLW).  The case was referred to United States Magistrate Judge Paige J. Gossett

pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.  After the

plaintiff indicated in response to special interrogatories issued by the Court that he intended to file

two separate cases, the Magistrate Judge directed the Clerk of Court to separate the pleadings

relating to Aubrey Rennick and docket those pleadings in a new case—Civil Action No.: 0:10-cv-

2490-TLW.  (Docs. 1, 2).[1]

This matter now comes before this Court for review of the Report and Recommendation ("the

Report") filed by the Magistrate Judge to whom this case had previously been assigned.  (Doc. # 29).

On April 26, 2011, the Magistrate Judge issued the Report.  In the Report, the Magistrate Judge

_____

[1] These document numbers and all document numbers hereafter  refer to filings in Civil Action No.: 0:10-cv-
2490-TLW.

1

recommends that this case be dismissed with prejudice for lack of prosecution. (Doc. # 29). The plaintiff filed no objections to the Report. Objections were due on May 16, 2011.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. <u>See</u> <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 29). For the reasons articulated by the Magistrate Judge, this case is **DISMISSED** with prejudice for lack of prosecution. In light of this ruling, all pending motions are now **MOOT**.

**IT IS SO ORDERED**.

                                                    s/Terry L. Wooten
                                                    United States District Judge

June 14, 2011
Florence, South Carolina